OPINION — AG — QUESTION: "WILL ANY REGISTERED VOTER BE ELIGIBLE TO VOTE ON THIS QUESTION (STATE QUESTION NO. 137 HOUSE JOINT RESOLUTION NO. 535) OR WILL ONLY `QUALIFIED PROPERTY TAXPAYERS' VOTERS BE ENTITLED TO VOTE?" — THE AG IS OF THE OPINION THAT ANY DULY REGISTERED ELECTOR OF OKLAHOMA IS QUALIFIED TO VOTE FOR THE APPROVAL OR DISAPPROVAL OF STATE QUESTION NO. 411. CITE: ARTICLE III, SECTION 6 (FRED HANSEN)